# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Gonzalo BARAJAS,<br><br>    Defendants. | Case No.: '22 MJ3171<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about August 31, 2022, within the Southern District of California, Gonzalo BARAJAS did knowingly and intentionally import a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                                              Special Agent Ishmael Selga
                                              Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 1st day of September 2022.

                                              Hon. Andrew G. Schopler
                                              United States Magistrate Judge

# STATEMENT OF FACTS

On August 31, 2022, at approximately 2:11 AM, Gonzalo BARAJAS, ("BARAJAS"), a United States citizen, applied for entry into the United States from Mexico through the Otay Mesa POE in vehicle lane #5. BARAJAS was the driver, sole occupant, and registered owner of a 2000 Toyota Tundra ("the vehicle") bearing CA license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the rear undercarriage by the spare tire of the vehicle.

A Customs and Border Protection Officer received two negative Customs declarations from BARAJAS. BARAJAS stated he was crossing the border to go to Otay Mesa, California.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the spare tire of the vehicle.

Further inspection of the vehicle resulted in the discovery of 16 packages concealed in the spare tire of the vehicle, with a total approximate weight of 20.02 kgs (44.14 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of cocaine.

1

BARAJAS was placed under arrest at approximately 5:15 AM.

During a post-Miranda interview, BARAJAS denied knowledge that the narcotics were on the vehicle. BARAJAS stated he had been working for an individual identified as "Mario" transporting ~$10,000 from locations in the U.S. to Mexico. BARAJAS stated he was paid $500 for each trip. BARAJAS stated he communicated with Mario through Whatsapp but was instructed by Mario to delete their conversations. BARAJAS stated he had asked Mario if the money transported had anything to do with drugs, but Mario assured him it did not.

BARAJAS was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.